UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PERRY H. KOPLIK & SONS, INC., | ) | Case No. 02-40648 (REG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MICHAEL S. FOX, as Litigation Trustee of PERRY H. KOPLIK & SONS, INC., | ) ) | |
| | ) | Adversary Proceeding |
| Plaintiff, | ) | No. 04-02490 (REG) |
| | ) | |
| *against* | ) | |
| | ) | |
| MICHAEL KOPLIK and ALVIN SIEGEL, | ) ) | |
| | ) | |
| Defendants. | ) | |

ERRATA ORDER RE:
BENCH DECISION ON MOTIONS TO STRIKE
LAY WITNESS TRIAL TESTIMONY

This matter having come up on the Court's own motion, it is ORDERED:

1. The Court's Bench Decision on Motions to Strike Lay Witness Trial Testimony is corrected in the following respect:

Page 11, ¶ 28 Ruling, delete "suspected" from the first sentence.

2. Future references to this Decision shall be to the Decision as corrected, a copy of which is attached as exhibit A.

Dated: New York, New York     *s/ Robert E. Gerber*
February **29**, 2008               United States Bankruptcy Judge